UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    No. 07-CR-20482

vs.                                           Magistrate Judge R. Steven Whalen

ZACHARY RICHARDSON,

    Defendant.
_____/

## ORDER AMENDING CONDITIONS OF BOND

Defendant's conditions of pretrial release shall be amended to include the following:

Defendant shall participate in the Salvation Army in-patient substance abuse treatment program, or such other in-patient substance abuse program as may be directed by Pretrial Services.

    SO ORDERED.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 19, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 19, 2007.

                                                  S/G. Wilson
                                                  Judicial Assistant